**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CIRO HERIBERTO GONZALEZ HUITRON,

      Plaintiff

v.

FOURTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA,

      Defendants

Case No.: 3:25-cv-00716-MMD-CSD

**Report & Recommendation of United States Magistrate Judge**

Re: ECF No. 1, 1-1

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

**I. BACKGROUND**

Plaintiff is a pretrial detainee currently in custody at Elko County Jail. He has filed an application for leave to proceed in forma pauperis (ECF No. 1) and a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-1).

On February 13, 2026, the court entered an order directing Plaintiff to clarify whether he intended to file a § 1983 complaint or whether he intended to file a petition for habeas corpus relief. The court directed Plaintiff to file a habeas petition within thirty days if that was the relief he was seeking and advised Plaintiff that if he did not do so, his complaint would be screened under § 1983. (ECF No. 3.)

On March 2, 2026, Plaintiff filed a petition for writ of habeas corpus relief pursuant to 28 U.S.C. § 2241. The petition did not list this case number, so it was opened as a new case. *See*

Case No. 3:26-cv-00147-ART-CLB. The allegations of the § 2241 petition are identical to the allegations of the § 1983 complaint in this case. It is therefore apparent that Plaintiff intended to file a § 2241 petition and not the instant § 1983 complaint. The court therefore recommends the District Judge dismiss the § 1983 complaint in this action, without prejudice, pursuant to Plaintiff's election to pursue his claims under habeas instead of § 1983. Plaintiff is advised that the dismissal of the § 1983 complaint in this action would have no effect on the pending § 2241 petition in Case No. 3:26-cv-00147-ART-CLB.

## II. RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order DISMISSING this action WITHOUT PREJUDICE.

Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: March 31, 2026

_____
Craig S. Denney
United States Magistrate Judge

2