UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CIRO HERIBERTO GONZALEZ HUITRON, | Case No. 3:25-cv-00716-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| FOURTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Ciro Heriberto Gonzalez Huitron, a pretrial detainee in custody at Elko County Jail, filed this civil rights action under 42 U.S.C. § 1983. (ECF No. 1-1 ("Complaint").) Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss the action without prejudice. (ECF No. 4 ("R&R").) Plaintiff had until April 14, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). As Judge Denney recounts in the R&R, the Complaint indicates Plaintiff seeks habeas rather than Section 1983 relief. (ECF No. 4 at 1.) The Court therefore directed Plaintiff to file a habeas petition within thirty days if he instead sought this relief. (ECF No. 3.) Plaintiff filed a petition for habeas corpus relief under 28 U.S.C. § 2241 with identical allegations as this Complaint. *See* Case No. 3:26-cv-00147-ART-CLB. The Court therefore agrees with Judge Denney that Plaintiff

apparently intended to file a Section 2241 petition rather than this Section 1983 Complaint. The Court therefore adopts Judge Denney's recommendation to dismiss this case without prejudice so Plaintiff may pursue these claims through his habeas action.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further order that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly.

DATED THIS 20th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE